## City of Lincoln, Appellee, v. St. Louis, Springfield & Peoria Railway Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Logan county; the Hon. THOMAS M. HARRIS, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed April 21, 1916.

### Statement of the Case.

Action by the City of Lincoln, plaintiff, against the St. Louis, Springfield and Peoria Railway Company, defendant, to recover a penalty for obstructing a public street in such city by constructing and maintaining a fence therein. From a judgment for the city in the Circuit Court, after appeal from a justice of the peace, fixing the fine at ten dollars, defendant appeals.

KING & MILLER, for appellant; GEORGE W. BLACK, of counsel.

URI KISSINGER, for appellee.

MR. PRESIDING JUSTICE ELDREDGE delivered the opin-ion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 875*—*when evidence sufficient to show right to use of land for street.* In an action by a city to recover a penalty for obstructing a public street by the erection and maintenance of a fence thereon, where it appeared that former owners of land abutting on such street constructed a fence twenty feet distant from the border line of the street and such strip was taken control of by the city and used as a part of the street, with the acquiescence and consent of the owners for thirty-eight years, until defendant re-established a fence on the former line, evidence *held* sufficient to sustain a finding that the city had acquired a right to use this strip for street purposes by the use thereof for more than fifteen years under Rev. St. ch. 121, sec. 1 (J. & A. ¶ 9628).